# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Specie, Karen K. | U.S. Bankruptcy Court Northern District of Florida | 01/16/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Northern District of Florida
110 East Park Ave., Ste 200
Tallahassee, FL 32301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

---

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Of Counsel | Akerman Senterfitt |
| 2. | Managing (& sole) member | Specie Law Firm, LLC |
| 3. | Adjunct Professor | University of Florida Levin College of Law |
| 4. | Member & Chair | P K Yonge Developmental Research School - School Advisory Counsel |
| 5. | Member | P K Yonge Developmental Research School - Vocal Parents Association |

---

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011-2012 | Akerman Senterfitt 401K Plan (no control - former law firm) |
| 2. | 2012 | Specie Law Firm, LLC - as sole attorney and member, entitled to any A/R that may be collected |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Akerman Senterfitt - salary | $128,550.00 |
| 2. | 2012 | Specie Law Firm, LLC - service income (gross to LLC) | $29,480.00 |
| 3. | 2011 | Akerman Senterfitt - salary | $72,856.00 |
| 4. | 2011 | Specie Law Firm, LLC - service income (gross to LLC) | $243,581.00 |
| 5. | 2011 | University of Florida - Adjunct Professor | $29,629.00 |
| 6. | 2010 | Specie Law Firm, LLC - service income (gross to LLC) | $112,021.00 |
| 7. | 2010 | University of Florida - Adjunct Professor | $30,219.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | [redacted] . - Real Estate Broker |
| 2. | 2011 | [redacted] . - Commercial real estate ownership, rental and management |
| 3. | 2012 | [redacted] . - Real Estate Broker |
| 4. | 2012 | [redacted] . - Commercial real estate ownership, rental and management |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Alarion Bank | Line of Credit - personal | J |
| 2. | Alarion Bank | Line of Credit - business | L |
| 3. | American Express | various credit cards | J |
| 4. | Chase | various credit cards | J |
| 5. | Capital One | various credit cards | J |
| 6. | Drummond Community Bank | Commericial real estate loan (spouse) | N |
| 7. | Alachua County Tax Collector | Annual real property taxes on homestead | J |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alarion Bank - accounts | A | Interest | J | T | | | | | |
| 2. Merchants & Southern Bank - account | A | Interest | K | T | | | | | |
| 3. SunTrust Bank - accounts | A | Interest | K | T | | | | | |
| 4. Capital City Bank - accounts | | None | K | T | | | | | |
| 5. Note Receivable - ▨ | E | Interest | O | T | | | | | |
| 6. Vacant Lots 3 & 4, Steinhatchee Subd., Taylor Co., FL | | None | K | S | | | | | |
| 7. ▨ | E | Distribution | J | U | | | | | |
| 8. ▨ | G | Interest | M | T | | | | | |
| 9. Farming operation - Alachua Co., FL | A | Distribution | | | | | | | |
| 10. SEP IRA - Raymond James cash equivalent | A | Interest | K | T | | | | | |
| 11. 401K ROLLOVER - Scruggs & Carmichael (former employer) | A | Int./Div. | | | Distributed | 01/26/11 | M | A | Funds to IRA #1 - FILER |
| 12. IRA # 1 - FILER | A | Int./Div. | | | Distributed | 1/31/11 | M | E | Funds to IRA # 2 - FILER |
| 13. -Ashton River Rd Small Cap | | | | | | | | | |
| 14. -Baron Growth Fund Retail Class | | | | | | | | | |
| 15. -Columbia Marsico Focused | | | | | | | | | |
| 16. -DWS Rreef Global Real Estate | | | | | | | | | |
| 17. -Davis New York Venture Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Eaton Vance Large Cap Value | | | | | | | | | |
| 19. -Harbor International Growth | | | | | | | | | |
| 20. -Hartford Midcap Fund Class A | | | | | | | | | |
| 21. -Perkins Mid Cap Value Fund | | | | | | | | | |
| 22. -JP Morgan International Value | | | | | | | | | |
| 23. -Lazard Emerging Markets Equity | | | | | | | | | |
| 24. -MFS Research Fund Class A | | | | | | | | | |
| 25. -Munder International Small Cap | | | | | | | | | |
| 26. -Neuberger Berman Genesis Fund | | | | | | | | | |
| 27. -Pimco Commodity Real Return | | | | | | | | | |
| 28. -T-Rowe Price International | | | | | | | | | |
| 29. -Thornburg Value Fund Class I | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. IRA # 2 - FILER | A | Int./Div. | | | Distributed | 3/10/11 | M | B | Funds to IRA # 4 - FILER |
| 32. -Aflac Inc | | | | | | | | | |
| 33. -Akamani Technologies | | | | | | | | | |
| 34. -American Tower Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Apache Corp | | | | | | | | | |
| 36. -Autodesk Inc | | | | | | | | | |
| 37. -Automatic Data Processing | | | | | | | | | |
| 38. -Bank of America Corp | | | | | | | | | |
| 39. -Beckman Coulter Inc | | | | | | | | | |
| 40. -Boeing Company | | | | | | | | | |
| 41. -Borgwarner Inc | | | | | | | | | |
| 42. -Chesapeake Energy Corp | | | | | | | | | |
| 43. -Corning Inc | | | | | | | | | |
| 44. -D R Horton Inc | | | | | | | | | |
| 45. -Darden Restaurnats | | | | | | | | | |
| 46. -Disney Walt Company Com Disney | | | | | | | | | |
| 47. -Duke Energy Company | | | | | | | | | |
| 48. -Express Scrips Inc | | | | | | | | | |
| 49. -Exxon Mobil Corp | | | | | | | | | |
| 50. -Flir Systems Inc | | | | | | | | | |
| 51. -Freeport-McMoran Copper & Cold | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Gatx Corp | | | | | | | | | |
| 53. -Goldman Sachs Group | | | | | | | | | |
| 54. -Harris Corp | | | | | | | | | |
| 55. -Hexcel Corp | | | | | | | | | |
| 56. -Intel Corp | | | | | | | | | |
| 57. -International Business | | | | | | | | | |
| 58. -International Rectifier | | | | | | | | | |
| 59. -Intuit | | | | | | | | | |
| 60. -JPMorgan Chase | | | | | | | | | |
| 61. -Kimberly Clark Corp | | | | | | | | | |
| 62. -Morgan Stanley | | | | | | | | | |
| 63. -Newfield Expl Company | | | | | | | | | |
| 64. -Norfold Southern Corp | | | | | | | | | |
| 65. -Pharmaceutical Prod Dev | | | | | | | | | |
| 66. -Progressive Corp Ohio | | | | | | | | | |
| 67. -Schlumberger Limited | | | | | | | | | |
| 68. -Southern Company | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Spectra Energy Corp | | | | | | | | | |
| 70. -Synopsys Inc | | | | | | | | | |
| 71. -TJX Companies Inc | | | | | | | | | |
| 72. -Target Corp | | | | | | | | | |
| 73. -Union Pac Corp | | | | | | | | | |
| 74. -United Health Group | | | | | | | | | |
| 75. -Wellpoint Inc | | | | | | | | | |
| 76. -Xilinx Inc | | | | | | | | | |
| 77. -Yum Brands Inc | | | | | | | | | |
| 78. -Transocean Limited Reg | | | | | | | | | |
| 79. -Flextronics International | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. IRA # 3 -FILER. Deposit rollover funds - New Funds | A | Int./Div. | | | Distributed | 1/31/11 | M | B | Funds To IRA # 5 - FILER |
| 82. -ABB Limited Sponsored ADR | | | | | | | | | |
| 83. -Adecco SA | | | | | | | | | |
| 84. -Adidas AG | | | | | | | | | |
| 85. -Aixtron SE Sponsored ADR | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Angle Amern PLC | | | | | | | | | |
| 87. -Anheuser Bush Inbev SA/NV | | | | | | | | | |
| 88. -ARM Holdgs PLC | | | | | | | | | |
| 89. -Atlas Copco AB | | | | | | | | | |
| 90. -Axa SA Sponsored ADR | | | | | | | | | |
| 91. -BG Group PCS Fin Inst N | | | | | | | | | |
| 92. -BNP Paribas | | | | | | | | | |
| 93. -Bank Nova Scotia Halifax | | | | | | | | | |
| 94. -Bayer A G Sponsored ADR | | | | | | | | | |
| 95. -Bayerische Motoren Werke AG | | | | | | | | | |
| 96. -BHP Billiton Limited | | | | | | | | | |
| 97. -British Sky Broadcasting Group | | | | | | | | | |
| 98. -CSL Limited ARD | | | | | | | | | |
| 99. -Cameco Corp | | | | | | | | | |
| 100. -Canon Inc | | | | | | | | | |
| 101. -Compagnie Fin Richemontag SWI | | | | | | | | | |
| 102. -Companhia Energetica DE | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Credit Suisse Group | | | | | | | | | |
| 104. -Deutshe Boerse | | | | | | | | | |
| 105. -Espirit Hldgs Limited ADR | | | | | | | | | |
| 106. -Fanuc Corp | | | | | | | | | |
| 107. -Gazprom | | | | | | | | | |
| 108. -Hdbc Holdings | | | | | | | | | |
| 109. -Industrial & Coml Bk China | | | | | | | | | |
| 110. -Itau Unibanco SA | | | | | | | | | |
| 111. -Li & Fung Limited ADR | | | | | | | | | |
| 112. -McQuarie Group Ltd | | | | | | | | | |
| 113. -Manulife Finl Corp | | | | | | | | | |
| 114. -Nestle S A Sponsored ADR | | | | | | | | | |
| 115. -New Oriental Ed & Tech GRP | | | | | | | | | |
| 116. -Novartis A G Sponsored ADR | | | | | | | | | |
| 117. -Novo-Nordisk | | | | | | | | | |
| 118. -Petrochina Company Ltd | | | | | | | | | |
| 119. -Petroleo Brasileiro SA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Ping An Ins Group | | | | | | | | | |
| 121. -Prudential PLC | | | | | | | | | |
| 122. -Rio Tinto PLC | | | | | | | | | |
| 123. -Roche Holdings Limited | | | | | | | | | |
| 124. -Rolls Royce Holdings OCS | | | | | | | | | |
| 125. -Saipem S P A | | | | | | | | | |
| 126. -Sociedad Quimica Minera De Chi | | | | | | | | | |
| 127. -Sonova Hldg AG | | | | | | | | | |
| 128. -Sony Finl Hldgs Inc | | | | | | | | | |
| 129. -Suncor Energy Inc | | | | | | | | | |
| 130. -Tencent Holdings Ltd | | | | | | | | | |
| 131. -Tesco PLC Sponsored ADR | | | | | | | | | |
| 132. -Teva Pharmaceutical Industries | | | | | | | | | |
| 133. -Total S A Sponsored ADR | | | | | | | | | |
| 134. -Toyota Motor Company | | | | | | | | | |
| 135. -Vale S A | | | | | | | | | |
| 136. -Vestas Wind Systems | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Walmart De Mexico | | | | | | | | | |
| 138. -Worletyparsons Ltd ADR | | | | | | | | | |
| 139. -Logitech International | | | | | | | | | |
| 140. -Millicom International | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. IRA #4 - FILER | A | Int./Div. | | | Distributed | 10/18/12 | M | | Funds to IRA #6 - Filer |
| 143. -Argo Corp | | | | | | | | | |
| 144. -Acme Packet Inc. | | | | | | | | | |
| 145. -Affiliated Managers Group | | | | | | | | | |
| 146. -Airgas Inc. | | | | | | | | | |
| 147. -Alere Inc. | | | | | | | | | |
| 148. -Alexion Pharmaceuticals | | | | | | | | | |
| 149. -Amerisourcebergen Corp. | | | | | | | | | |
| 150. -Angie's List Inc. | | | | | | | | | |
| 151. -Approach Resources | | | | | | | | | |
| 152. -Aspen Tech Inc. | | | | | | | | | |
| 153. -Athena Health Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Amtel Corp. | | | | | | | | | |
| 155.  -Atwood Oceanics Inc. | | | | | | | | | |
| 156.  -Biomarin Pharmaceutical | | | | | | | | | |
| 157.  -Borgwarner Inc. | | | | | | | | | |
| 158.  -Broadsoft Inc. | | | | | | | | | |
| 159.  -Bruker Corp. | | | | | | | | | |
| 160.  -Buffalo Wild Wings | | | | | | | | | |
| 161.  -CBRE Group Inc. | | | | | | | | | |
| 162.  -Cabot Oil & Gas Corp. | | | | | | | | | |
| 163.  -Catalyst Health Solutions | | | | | | | | | |
| 164.  -Ceva Inc. | | | | | | | | | |
| 165.  -Chart Industries Inc. | | | | | | | | | |
| 166.  -Concho Res Inc. | | | | | | | | | |
| 167.  -Covance Inc. | | | | | | | | | |
| 168.  -Cubist Farm | | | | | | | | | |
| 169.  -Dealertrack Technologies | | | | | | | | | |
| 170.  -Equinix Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -F5 Networks | | | | | | | | | |
| 172.  -Gartner Inc. | | | | | | | | | |
| 173.  -Genprobe Inc. | | | | | | | | | |
| 174.  -Gulfport Energy | | | | | | | | | |
| 175.  -Hain Celestial Group | | | | | | | | | |
| 176.  -Heartwire International | | | | | | | | | |
| 177.  -Hertz Global | | | | | | | | | |
| 178.  -Impax Labs | | | | | | | | | |
| 179.  -Inhibitex Inc. | | | | | | | | | |
| 180.  -Iridium Communications | | | | | | | | | |
| 181.  -Kansas City Southern | | | | | | | | | |
| 182.  -Logmein Inc. | | | | | | | | | |
| 183.  -Mednax Inc. | | | | | | | | | |
| 184.  -Mercadolibre Inc. | | | | | | | | | |
| 185.  -National Cinemedia | | | | | | | | | |
| 186.  -Oil STS International | | | | | | | | | |
| 187.  -Pioneer Nat Res | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Qlik Tech | | | | | | | | | |
| 189. -Redhat Inc. | | | | | | | | | |
| 190. -Robbins & Meyers Inc. | | | | | | | | | |
| 191. -Ross Stores Inc. | | | | | | | | | |
| 192. -SBA Communications | | | | | | | | | |
| 193. -Sandridge Energy | | | | | | | | | |
| 194. -Servicesource International | | | | | | | | | |
| 195. -Shutterfly Inc. | | | | | | | | | |
| 196. -Sirona Dental Systems | | | | | | | | | |
| 197. -Success Factors Inc. | | | | | | | | | |
| 198. -Team Health Holdings | | | | | | | | | |
| 199. -Tempur Pedic International | | | | | | | | | |
| 200. -Telsa Motors Inc. | | | | | | | | | |
| 201. -Tibco Software Inc. | | | | | | | | | |
| 202. -Transdign Group Inc. | | | | | | | | | |
| 203. -Trimble Navigation Limited | | | | | | | | | |
| 204. -Triumph Group Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Ubiquiti Networks Inc. | | | | | | | | | |
| 206. -Under Armor Inc. | | | | | | | | | |
| 207. -Vera Bradley Inc. | | | | | | | | | |
| 208. -Vitamine Shoppe Inc. | | | | | | | | | |
| 209. -Wabtech Corp. | | | | | | | | | |
| 210. -Weight Watchers International | | | | | | | | | |
| 211. -Wesco Aircraft Holdings | | | | | | | | | |
| 212. -Wesco International | | | | | | | | | |
| 213. -Westport Innovations | | | | | | | | | |
| 214. -Williams Sonoma Inc. | | | | | | | | | |
| 215. -Arcos Dorados Holdings | | | | | | | | | |
| 216. -Nabors Industries Limited | | | | | | | | | |
| 217. -EZ Chip Semiconductor Ltd | | | | | | | | | |
| 218. -Avago Technologies LTD | | | | | | | | | |
| 219. -ACI Worldwide Inc. | | | | | | | | | |
| 220. -Advisory Board Co. | | | | | | | | | |
| 221. -Aligntech Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Alliance Data Systems | | | | | | | | | |
| 223. -American Eagle Outfitters | | | | | | | | | |
| 224. -Annies Inc. | | | | | | | | | |
| 225. -Autodesk Inc. | | | | | | | | | |
| 226. -Axillium Pharm | | | | | | | | | |
| 227. -Boston Beer Inc. | | | | | | | | | |
| 228. -Catamaran Corp. | | | | | | | | | |
| 229. -Cepheid | | | | | | | | | |
| 230. -Chicos Fas Inc. | | | | | | | | | |
| 231. -Colfax Corp. | | | | | | | | | |
| 232. -Commvault Systems Inc. | | | | | | | | | |
| 233. -Corelogic Res. Inc. | | | | | | | | | |
| 234. -Corporate Executive Inc. | | | | | | | | | |
| 235. -Costar Group Inc. | | | | | | | | | |
| 236. -Deckers Outdoor Corp. | | | | | | | | | |
| 237. -Edwards Life Sciences | | | | | | | | | |
| 238. -Endo Health Solutions | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Exact Target Inc. | | | | | | | | | |
| 240. -Expedia Inc. | | | | | | | | | |
| 241. -FEI Company | | | | | | | | | |
| 242. -Fifth & Pac Co | | | | | | | | | |
| 243. -Fresh Market Inc. | | | | | | | | | |
| 244. -GNC Holdings | | | | | | | | | |
| 245. -Guideware Software | | | | | | | | | |
| 246. -Gulfmark Offshore | | | | | | | | | |
| 247. -Hanger Inc. | | | | | | | | | |
| 248. -Hibbett Sports | | | | | | | | | |
| 249. -Homeaway Inc. | | | | | | | | | |
| 250. -Jarden Corp. | | | | | | | | | |
| 251. -Joy Global | | | | | | | | | |
| 252. -Kirby Corp. | | | | | | | | | |
| 253. -Kodiak Oil and Gas | | | | | | | | | |
| 254. -Lab Corp. | | | | | | | | | |
| 255. -LSI Corp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Leapfrog Ent | | | | | | | | | |
| 257. -Liquidity Services | | | | | | | | | |
| 258. -Lufkin Ind. | | | | | | | | | |
| 259. -Lumber Liquidators Holdings | | | | | | | | | |
| 260. -MA Comtech Solutions | | | | | | | | | |
| 261. -Mako Surgical Corp | | | | | | | | | |
| 262. -Monster Beverage Corp. | | | | | | | | | |
| 263. -Netsuite Inc. | | | | | | | | | |
| 264. -Orexigen Therapeutics | | | | | | | | | |
| 265. -PDC Energy | | | | | | | | | |
| 266. -PHV Corp | | | | | | | | | |
| 267. -PSS World Medical | | | | | | | | | |
| 268. -Panara Bread Company | | | | | | | | | |
| 269. -Plains Expl & Prod Co. | | | | | | | | | |
| 270. -Rackspace Hosting Inc. | | | | | | | | | |
| 271. -Regal Beloit Corp. | | | | | | | | | |
| 272. -Rexnord Company | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Select Comfort Corp. | | | | | | | | | |
| 274. -Skyworks Solutions | | | | | | | | | |
| 275. -Smart Balance Inc. | | | | | | | | | |
| 276. -Stifel Finl Corp | | | | | | | | | |
| 277. -Stratasys Inc. | | | | | | | | | |
| 278. -Thoratec Corp Com | | | | | | | | | |
| 279. -Threshhold Pharmaceutical | | | | | | | | | |
| 280. -Tractor Supply Co | | | | | | | | | |
| 281. -Tripadvisor Inc | | | | | | | | | |
| 282. -Tumi Holdings | | | | | | | | | |
| 283. -Ulta Salon Cosmetics | | | | | | | | | |
| 284. -Verifone Systems Inc. | | | | | | | | | |
| 285. -Zillow Inc. | | | | | | | | | |
| 286. -Copa Holdings | | | | | | | | | |
| 287. -Sodastream International | | | | | | | | | |
| 288. | | | | | | | | | |
| 289. IRA # 5 - FILER | A | Int./Div. | | | Distributed | 10/18/12 | M | E | Funds to IRA #6 - FILER |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Acme Packet Inc | | | | | | | | | |
| 291. -Alexion Pharmaceuticals | | | | | | | | | |
| 292. -Allergan Inc | | | | | | | | | |
| 293. -Amazom Com Inc | | | | | | | | | |
| 294. -Apple | | | | | | | | | |
| 295. -ARM Holdings PLC | | | | | | | | | |
| 296. -Biogen | | | | | | | | | |
| 297. -Cameron Int'l | | | | | | | | | |
| 298. -Caterpillar Inc | | | | | | | | | |
| 299. -CBRE Group Inc | | | | | | | | | |
| 300. -Chipotle Mexican Grill | | | | | | | | | |
| 301. -Citrix Systems | | | | | | | | | |
| 302. -Cognizant Tech | | | | | | | | | |
| 303. -Cree Inc | | | | | | | | | |
| 304. -Dollar Tree | | | | | | | | | |
| 305. -EMC Corp | | | | | | | | | |
| 306. -Express Scripts Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -F5 Networks Inc | | | | | | | | | |
| 308. -Freeport-McMoran Copper & Gold | | | | | | | | | |
| 309. -Google | | | | | | | | | |
| 310. -Illumina Inc | | | | | | | | | |
| 311. -Intuitive Surgical | | | | | | | | | |
| 312. -Johnson Controls Inc | | | | | | | | | |
| 313. -Juniper Networks Inc | | | | | | | | | |
| 314. -Lululemon Athetica | | | | | | | | | |
| 315. -Monsanto Comp | | | | | | | | | |
| 316. -Occidnetal Pete Corp | | | | | | | | | |
| 317. -Perrigo Company | | | | | | | | | |
| 318. -Polypore | | | | | | | | | |
| 319. -Potash Corp Sask | | | | | | | | | |
| 320. -Priceline Com Inc | | | | | | | | | |
| 321. -Qualcomm Inc | | | | | | | | | |
| 322. -Schwab Charles Corp | | | | | | | | | |
| 323. -Schlumberger Ltd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  -Starwood Hotels | | | | | | | | | |
| 325.  -Target | | | | | | | | | |
| 326.  -Union Pac Corp | | | | | | | | | |
| 327.  -Union Pac Corp | | | | | | | | | |
| 328.  -Visa | | | | | | | | | |
| 329.  -Agco | | | | | | | | | |
| 330.  -Abercrombie & Fitch Comp | | | | | | | | | |
| 331.  -Acme Packet | | | | | | | | | |
| 332.  -Affiliated Managers Group | | | | | | | | | |
| 333.  -Airgas Inc | | | | | | | | | |
| 334.  -Alere Inc | | | | | | | | | |
| 335.  -Alexion Pharmaceuticals | | | | | | | | | |
| 336.  -Amerisoursebergen Corp | | | | | | | | | |
| 337.  -Angies List Inc | | | | | | | | | |
| 338.  -Amarin Corp | | | | | | | | | |
| 339.  -Amerisourcebergen Corp | | | | | | | | | |
| 340.  -Approach Resources | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal            R =Cost (Real Estate Only)    S =Assessment        T =Cash Market
   (See Column C2)            U =Book Value            V =Other                W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -ARM Holdings PLC | | | | | | | | | |
| 342. -Aspen Technologies | | | | | | | | | |
| 343. -Athenahealth PLC Sponsored | | | | | | | | | |
| 344. -Amtel Corp | | | | | | | | | |
| 345. -Atwood Corp | | | | | | | | | |
| 346. -Baidu Inc. | | | | | | | | | |
| 347. -Biomarin Phrmaceutical | | | | | | | | | |
| 348. -Borgwarner Inc | | | | | | | | | |
| 349. -Brigham Exploration Comp | | | | | | | | | |
| 350. -Broadsoft Inc | | | | | | | | | |
| 351. -Bruker Corp | | | | | | | | | |
| 352. -Buffalo Wild Wings | | | | | | | | | |
| 353. -Cabot Oil and Gas Corp | | | | | | | | | |
| 354. -Carbo Ceramics Inc | | | | | | | | | |
| 355. -Catalyst Health Solutions | | | | | | | | | |
| 356. -Ceva Inc | | | | | | | | | |
| 357. -Cerner Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Chart Industries | | | | | | | | | |
| 359. -CRBE Group | | | | | | | | | |
| 360. -Ciena Corp | | | | | | | | | |
| 361. -Complete Production Services | | | | | | | | | |
| 362. -Concho Res Inc | | | | | | | | | |
| 363. -Concur Tech | | | | | | | | | |
| 364. -Covance Inc | | | | | | | | | |
| 365. -Crown Holdings Inc | | | | | | | | | |
| 366. -Cubist Pharmaceuticals | | | | | | | | | |
| 367. -Dealertrack Tech | | | | | | | | | |
| 368. -Deckers Outdoor Corp | | | | | | | | | |
| 369. -Dicks Sporting Goods | | | | | | | | | |
| 370. -Embraer S A SP ADR | | | | | | | | | |
| 371. -Enersys | | | | | | | | | |
| 372. -Equinix Inc | | | | | | | | | |
| 373. -F 5 Networks Inc | | | | | | | | | |
| 374. -Fastenal Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  -Finisar Corp | | | | | | | | | |
| 376.  -Foot Locker | | | | | | | | | |
| 377.  -Gartner Inc | | | | | | | | | |
| 378.  -Genesco Inc | | | | | | | | | |
| 379.  -Gen-Probe Inc | | | | | | | | | |
| 380.  -Geoeye | | | | | | | | | |
| 381.  -Gulfport Energy Corp | | | | | | | | | |
| 382.  -Guess Inc | | | | | | | | | |
| 383.  -Hain | | | | | | | | | |
| 384.  -Heartware Int'l | | | | | | | | | |
| 385.  -Heathspring Inc | | | | | | | | | |
| 386.  -Hertz Global | | | | | | | | | |
| 387.  -Impax Labs | | | | | | | | | |
| 388.  -Inhibitex | | | | | | | | | |
| 389.  -Insulet | | | | | | | | | |
| 390.  -Interpublic Groups | | | | | | | | | |
| 391.  -Iridium Comm | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Kansas City Southern | | | | | | | | | |
| 393. -Lincare Holdings Inc | | | | | | | | | |
| 394. -Logmein Inc | | | | | | | | | |
| 395. -MSCI Inc | | | | | | | | | |
| 396. -Manpower Inc | | | | | | | | | |
| 397. -Mead Johnson Nutrition | | | | | | | | | |
| 398. -Mednax Inc | | | | | | | | | |
| 399. -Mercadolibre | | | | | | | | | |
| 400. -NII Holdings Inc Class B | | | | | | | | | |
| 401. -National Cinemedia | | | | | | | | | |
| 402. -Netlogic Microsystems | | | | | | | | | |
| 403. -NXStage Medical Inc | | | | | | | | | |
| 404. -Oil Sts Int'l | | | | | | | | | |
| 405. -Opentable Inc | | | | | | | | | |
| 406. -Panara Bread Co Class A | | | | | | | | | |
| 407. -Parker Hannifin Corp | | | | | | | | | |
| 408. -Pharmasset Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -Pioneer Nat Res Co | | | | | | | | | |
| 410. -Priceline Com Inc | | | | | | | | | |
| 411. -Qlik Technologies Inc | | | | | | | | | |
| 412. -Reald Inc | | | | | | | | | |
| 413. -Red Hat Inc | | | | | | | | | |
| 414. -Riverbed Technology | | | | | | | | | |
| 415. -Robbins & Myeres Inc | | | | | | | | | |
| 416. -Ross Stores | | | | | | | | | |
| 417. -SBA Communications | | | | | | | | | |
| 418. -Sandridge Energy | | | | | | | | | |
| 419. -ServiceSource International | | | | | | | | | |
| 420. -Shutterfly | | | | | | | | | |
| 421. -Sirona Dental Systems | | | | | | | | | |
| 422. -Starbucks Corp | | | | | | | | | |
| 423. -Successfactors Inc | | | | | | | | | |
| 424. -Swift Energy Company | | | | | | | | | |
| 425. -Teradata Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 01/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -TRW Automotive Holdings | | | | | | | | | |
| 427. -Team Health | | | | | | | | | |
| 428. -Tempur Pedic Int'l | | | | | | | | | |
| 429. -Tesla Mtrs Int'l | | | | | | | | | |
| 430. -Texas Roadhouse Inc | | | | | | | | | |
| 431. -Tibco Software Inc | | | | | | | | | |
| 432. -Tractor Supply Co | | | | | | | | | |
| 433. -Transdigm Group | | | | | | | | | |
| 434. -Trimble Navigation | | | | | | | | | |
| 435. -Triumph Group Inc | | | | | | | | | |
| 436. -Ubiquiti Networks | | | | | | | | | |
| 437. -Under Armor | | | | | | | | | |
| 438. -Varian Med Systems | | | | | | | | | |
| 439. -Vera Bradley Inc | | | | | | | | | |
| 440. -Vertex Pharmaceuticals | | | | | | | | | |
| 441. -Virgin Media Inc | | | | | | | | | |
| 442. -Vitamin Shop Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 38

Name of Person Reporting

Specie, Karen K.

Date of Report

01/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Volcano Corp | | | | | | | | | |
| 444. -Wabco Holdings Inc | | | | | | | | | |
| 445. -Wabtec Corp | | | | | | | | | |
| 446. -Weight Watchers Int'l | | | | | | | | | |
| 447. -Wesco Aircraft Holdings | | | | | | | | | |
| 448. -Westport Innovations | | | | | | | | | |
| 449. -Williams Sonoma Inc | | | | | | | | | |
| 450. -Wintrust Financial | | | | | | | | | |
| 451. -Endurane Specialty Holdings | | | | | | | | | |
| 452. -Nabors Industries | | | | | | | | | |
| 453. -EXChip Semiconductor | | | | | | | | | |
| 454. | | | | | | | | | |
| 455. IRA #6 - FILER | A | Int./Div. | M | U | Open | 10/18/11 | M | | rollover of prior IRAs |
| 456. -Aston/River Road Div All Cap Value Fund Class I | | | | | | | | | |
| 457. -Capital Income Builder Fund Class F2-American Funds | | | | | | | | | |
| 458. -DWS RReef Global Real Estate Securities FD Class A | | | | | | | | | |
| 459. -Federated Strategic Value Div Fund Inst. Shares IS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 38

**Name of Person Reporting**

Specie, Karen K.

**Date of Report**

01/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -Franklin Income Fund Advisor Class | | | | | | | | | |
| 461. -Legg Mason Clearbridge Equity Income Builder FD CL A | | | | | | | | | |
| 462. -MFS Utilities Fund Class A | | | | | | | | | |
| 463. -Mainstay Epoch Global Equity Yield Fund Class A | | | | | | | | | |
| 464. -Neuberger Berman Equity Yield Fund Class A | | | | | | | | | |
| 465. -Principal Preferred Securities Fund Class P | | | | | | | | | |
| 466. -Prudential Jennison Equity Income Fund Class Z | | | | | | | | | |
| 467. | | | | | | | | | |
| 468. IRA #7 - FILER | A | Int./Div. | M | U | Open | 10/18/12 | M | | Rollover of prior IRAs |
| 469. -Aston/River Road Div All Cap Value Fund Class I | | | | | | | | | |
| 470. -JP Morgan Mid Cap Value Fund Institutional Shares | | | | | | | | | |
| 471. -Janus Venture Fund Class A | | | | | | | | | |
| 472. -JP Morgan International Value Fund Institutional Class | | | | | | | | | |
| 473. -JPMorgan US Large Cap Core Plus Fund Select Class | | | | | | | | | |
| 474. -Lazard Emerging Markets Equity Port Institutional SHS | | | | | | | | | |
| 475. -Manning & Napier Equity Series | | | | | | | | | |
| 476. -ASG Global Alternatives Fund Class Y | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 38

Name of Person Reporting

Specie, Karen K.

Date of Report

01/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -Neuberger Berman Genesis Fund Investor Class | | | | | | | | | |
| 478. -Pimco Commodity Real Return Strategy Fund Class P | | | | | | | | | |
| 479. -T Rowe Price International Discovery Fund | | | | | | | | | |
| 480. -Columbia Marisco Focused Equities Fund Class A | | | | | | | | | |
| 481. -DWS Rreef Global Real Estate Securities FD Class A | | | | | | | | | |
| 482. -Europacific Growth Fund Class F1 - American Funds | | | | | | | | | |
| 483. -John Hancock Disciplined Value Fund Class A | | | | | | | | | |
| 484. -MFS Research Fund Class A | | | | | | | | | |
| 485. -Prudential Jennison Mid Cap Growth Fund Class Z | | | | | | | | | |
| 486. -Munder International Small Cap Fund Class Y | | | | | | | | | |
| 487. -RS International Growth Fund Class Y | | | | | | | | | |
| 488. | | | | | | | | | |
| 489. IRA # 1 - SPOUSE | A | Int./Div. | | | Distributed | 12/2/11 | L | | Funds To IRA # 2 - SPOUSE |
| 490. -Ashton River Road Small Cap | | | | | | | | | |
| 491. -Baron Growth Fund Retail | | | | | | | | | |
| 492. -Columbia Marsico Focused | | | | | | | | | |
| 493. -DWS Rreef Gloabl Real Estate | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 38

Name of Person Reporting

Specie, Karen K.

Date of Report

01/16/2013

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  -David New York Venture Fund | | | | | | | | | |
| 495.  -Eaton Vance Large Cap Value | | | | | | | | | |
| 496.  -Europacific Growth Fund | | | | | | | | | |
| 497.  -Harbor International Growth | | | | | | | | | |
| 498.  -Hartford Midcap Fund Class A | | | | | | | | | |
| 499.  -Perkins Midcap Fund | | | | | | | | | |
| 500.  -J P Morgan International Value | | | | | | | | | |
| 501.  -J P Morgan Large Cap Core | | | | | | | | | |
| 502.  -Lazard Emerging Markets Equity | | | | | | | | | |
| 503.  -MFS Research Fund Class A | | | | | | | | | |
| 504.  -Munder International Small Cap | | | | | | | | | |
| 505.  -ASG Global Alternatives Fund | | | | | | | | | |
| 506.  -Neuberger Berman Genesis Fund | | | | | | | | | |
| 507.  -Pimco Commodity Real Return | | | | | | | | | |
| 508.  -Prudential Jennison Mid Cap | | | | | | | | | |
| 509.  -RS International Growth Fund | | | | | | | | | |
| 510.  -T Rowe Price International | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 38

Name of Person Reporting

Specie, Karen K.

Date of Report

01/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -Thornburg Value Fund Class I | | | | | | | | | |
| 512. | | | | | | | | | |
| 513. IRA # 2 - SPOUSE | A | Int./Div. | L | T | | | | | |
| 514. -Ashton River Road Small Cap | | | | | | | | | |
| 515. -Columbia Marsico | | | | | | | | | |
| 516. -DWS Rreef Global Real Estate | | | | | | | | | |
| 517. -Europacific Growth Fund | | | | | | | | | |
| 518. -J P Morgan Int'l Value | | | | | | | | | |
| 519. -J P Morgan US Large Cap Core | | | | | | | | | |
| 520. -Lazard Emerging Markets | | | | | | | | | |
| 521. -MFS Reserch Fund Class A | | | | | | | | | |
| 522. -Manning & Napier Equity | | | | | | | | | |
| 523. -Munder International Small Cap | | | | | | | | | |
| 524. -ASG Global Alternatives | | | | | | | | | |
| 525. -Neuburger Berman Genesis Fund | | | | | | | | | |
| 526. -Pimco Real Commodity Return | | | | | | | | | |
| 527. -Prudential Jennison Mid Cap | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 38

Name of Person Reporting

Specie, Karen K.

Date of Report

01/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. -RS International Growth Fund | | | | | | | | | |
| 529. -T Rowe Price International | | | | | | | | | |
| 530. | | | | | | | | | |
| 531. CUST ACCT S | A | Int./Div. | | | Closed | 02/15/12 | J | | |
| 532. -Blackrock Global Financial Services Fund Class C | | | | | | | | | |
| 533. -Fidelity Advisor Electronics Fund Class C | | | | | | | | | |
| 534. -ING Index Plux Small Cap Fund Class C | | | | | | | | | |
| 535. -Fidelity Advisor Biotechnology Fund Class C | | | | | | | | | |
| 536. -Kinetics The Medical Fund Advisor Class C | | | | | | | | | |
| 537. -Wells Fargo Advantage Emerging Growth Fund Class C | | | | | | | | | |
| 538. -Eagle Class JPMorgan Prime Money Market Fund | | | | | | | | | |
| 539. | | | | | | | | | |
| 540. CUST ACCT R | A | Int./Div. | | | Closed | 02/15/12 | J | | |
| 541. -Calamos Discovery Growth Fund | | | | | | | | | |
| 542. -Gabelli SRI Green Fund Class C | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I - POSITIONS - All positions listed were terminated prior to taking the bench on July 25, 2012

PART VI - LINE 7 - VALUE OF STEINHATCHEE LOTS, TAYLOR COUNTY, FL - per Taylor County Tax Collector assessment as of 1/8/2012 - $34,300.00

PART VII - LINE 11 - 401K ROLLOVER - This 401K from prior employer, Scruggs & Carmichael, P.A. (NO CONTROL) rolled into IRA #1 at Raymond James & Associates. The paperwork effectuating the rollover by SCRUGGS & CARMICHAEL was completed in December of 2010; the funds arrived at RJA for the opening of IRA #1 on 1/26/11.

PART VII - FILER'S IRA ACCOUNTS - From 1/1/2011 through 10/17/2012, all IRA funds were invested through Raymond James into individual stocks, as listed. Due to changes in the nature and risk of the investments, Raymond James rolled the funds into and out of the several IRA accounts listed. As of October 18, 2012, all of the funds in prior IRA accounts #1 - #5 had been rolled over into IRA #6 and IRA #7, both of which contain only mutual funds. The maximum total aggregate value of the IRA accounts during the reporting period was N.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Karen K. Specie**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544